# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| CHARLIE HOLDER, ET AL. | Civil Action No. 20-0875 |
| versus | Judge David C. Joseph |
| THOMAS GRUENBECK, ET AL. | Magistrate Judge Carol B Whitehurst |

## MINUTES OF TELEPHONE CONFERENCE AND ORDERS

On June 1, 2023, the undersigned magistrate judge conducted a telephone conference with the parties, beginning at 10:00 a.m. and ending at 10:10 a.m,[1] to discuss the status of the settlement in this matter. Participating in the conference were Mary Lee Holmes for the plaintiffs and Thomas Gruenbeck, defendant.

After discussion with the parties, during which time Mr. Gruenbeck indicated that he is continuing his attempts to obtain the financing for the settlement, IT WAS ORDERED that the undersigned will conduct a telephone conference on June 26, 2023 at 2:00 p.m. to discuss the status of the matter. In order to access the conference, the parties shall dial (877) 336-1839 and enter Access Code 2869540.

---

[1] Statistical time: 10 mins.

**THUS DONE AND SIGNED** this 1st day of June, 2023 at Lafayette, Louisiana.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE