# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| CHARLIE HOLDER, ET AL. | Civil Action No. 20-0875 |
| versus | Judge David C. Joseph |
| THOMAS GRUENBECK, ET AL. | Magistrate Judge Carol B Whitehurst |

## MINUTES OF TELEPHONE CONFERENCE AND ORDERS

On June 26, 2023, the undersigned magistrate judge conducted a telephone conference with the parties, beginning at 2:00 p.m. and ending at 2:05 p.m,[1] to discuss the status of the settlement in this matter. Participating in the conference were Mary Lee Holmes for the plaintiffs and Thomas Gruenbeck for the defendants.

After discussion with the parties, during which time Mr. Gruenbeck indicated that he continues his attempts to obtain the financing for the settlement and has made some progress, IT WAS ORDERED that the undersigned will conduct a telephone conference on July 31, 2023 at 2:00 p.m. to discuss the status of the matter. In order to access the conference, the parties shall dial (877) 336-1839 and enter Access Code 2869540.

**THUS DONE AND SIGNED** this 26th day of June, 2023 at Lafayette, Louisiana.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 5 mins.