CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TOM STAGG UNITED STATES COURT HOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

OFFICIAL BUSINESS

SHREVEPORT LA 710
15 MAR 2024 PM 1 L
FIRST-CLASS

ZIP 71101
02 7W
0008030412MAR 15 2024
US POSTAGE ︎PITNEY BOWES
$ 000.64⁰

X-RAYED

708 NFE 1 2231000003/19/24
RETURN TO SENDER
JOHNSON ASA
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
BC: 71116136599 *1965-10901-15-40

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 21 2024

BY: _____ DANIEL J. McCOY, CLERK

20-CV-0875
# 172
(r=tdoc.)

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Asa Johnson
329 Westgate Rd
Lafayette, LA 70506

Case: 6:20-cv-00875 #172
4 pages printed: Thu, 14 Mar 2024 15:21:29

### YOU COULD RECEIVE THIS NOTICE AS SOON AS IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHARLIE HOLDER, ET AL | CASE NO. 6:20-CV-0875 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| THOMAS GRUENBECK, ET AL. | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## MINUTES AND ORDER

A telephone status conference was held on March 13, 2024, starting at 3:00 p.m. and ending at 3:05 p.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were Thomas Gruenbeck, Defendant. Counsel for Plaintiff was unable to appear.

Mr. Gruenbeck stated that he is continuing his attempts to obtain funding for the settlement and believes he will be able to obtain said funding within the next several weeks. Accordingly,

IT IS ORDERED that Mr. Gruenbeck provide supporting documentation and a sworn affidavit detailing the updated efforts he has made to secure funding for the

---

[1] Statistical time: 5 minutes.

settlement. Said documentation and sworn affidavit shall be provided no later than March 18, 2024, via email to Plaintiff's counsel and the Court.

IT IS FURTHER ORDERED that a telephone status conference is set for April 9, 2024, at 3:00 p.m. In order to access the conference, the parties shall dial (877) 336-1839 and enter Access Code 2869540.

Signed at Lafayette, Louisiana, this 14th day of March, 2024.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

U.S. District Court

Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 3/14/2024 at 3:16 PM CDT and filed on 3/13/2024

| | |
|---|---|
| **Case Name:** | Holder et al v. Gruenbeck et al |
| **Case Number:** | 6:20-cv-00875-DCJ-CBW |
| **Filer:** | |

**WARNING: CASE CLOSED on 08/21/2023**

**Document Number:** 172

**Docket Text:**
MINUTES AND ORDER for proceedings held before Magistrate Judge Carol B Whitehurst: Telephone Status Conference held on 3/13/2024. Telephone Status Conference set for 4/9/2024 03:00 PM by phone before Magistrate Judge Carol B Whitehurst. IT IS ORDERED that Mr. Gruenbeck provide supporting documentation and a sworn affidavit detailing the updated efforts he has made to secure funding for the settlement. Said documentation and sworn affidavit shall be provided no later than March 18, 2024, via email to Plaintiffs counsel and the Court. IT IS FURTHER ORDERED that a telephone status conference is set for April 9, 2024, at 3:00 p.m. In order to access the conference, the parties shall dial (877) 336-1839 and enter Access Code 2869540. (crt,Jordan, P)